■ ANNA BERMAN v. H. J. ENTERPRISES, INC., et al.— Motion by New York State Association of Plaintiffs' Trial Lawyers for leave to file a brief *amicus curiæ* denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers' Union of Greater New York, v. BUDGET DRESS CORPORATION.— Motion for an order directing that the deposit made in the office of the Clerk of the County of New York, to secure the payment of a judgment obtained in this proceeding, remain as security, granted on condition that appellant either posts additional security or cash for the accumulating charges of $4,250 within 15 days after entry of this order, and without prejudice to petitioner making application for an increase in security or deposit when the security herein provided for is deemed inadequate. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ (A) WILLMARK RESEARCH CORPORATION et al. v. SEALY, INC. (B) MARY McA. GOBLE v. GENE W. GOBLE.— [In each action] Motion for a stay denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of EPHRAIM R. BERNSTEIN, Deceased. JOAN K. BERNSTEIN, Individually and as General Guardian of PERRY M. BERNSTEIN, an Infant; GABRIEL KASLOW et al., as Executors of EPHRAIM R. BERNSTEIN, Deceased, et al.— Motion to dispense with printing and for other relief granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten appellant's points, on condition that the appellant serves one copy of the typewritten appellant's points upon the attorneys for the respondents and files six typewritten copies of appellant's points, together with the original record, with this court on or before March 29, 1961, with notice of argument for April 14, 1961, said appeal to be argued or submitted together with the appeals from the orders entered on July 15, 1960 and September 13, 1960. Respondents' points, which may be in typewritten form, are to be served and filed on or before April 11, 1961. In all other respects, the motion is denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ In the Matter of CARFRED REALTY CORP. v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion for reargument granted, without costs, and upon such reargument the memorandum decision of January 31, 1961, is recalled and the final order appealed from entered June 25, 1959, dismissing the petitions to review the assessments on the real property involved unanimously reversed on the law and the facts, with $20 costs and disbursements to the appellant, and the petition granted to the extent of reducing the assessments for the property designated as 944 Eighth Avenue, Manhattan, to the following amounts: Land $65,000, Building $5,000, total $70,000, for each of the four years under review. The record does not warrant values in excess of the amounts to which they have been reduced. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. BENJAMIN ROSEN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN WESLEY SAWYER.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.